This space for Recorder's use

| | Recording Requested By:<br>**Bank of America**<br>Prepared By:<br>**Bank of America**<br>**800-444-4302**<br>**1800 Tapo Canyon Road**<br>**Simi Valley, CA 93063** | When recorded mail to:<br>CoreLogic<br>**450 E. Boundary St.**<br>**Attn: Release Dept.**<br>**Chapin, SC 29036** |
| --- | --- | --- |
| Property Address:<br>**417 Bonny Eagle Rd**<br>**Standish, ME 04084-6126**<br>Property Location:<br>**Township of STANDISH**<br>ME0-AM 17632152          4/19/2012 | | |

MIN #: ..... . . . . . . . ..—...                MERS Phone #:

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1901 E Voorhees Street, Suite C, Danville, IL 61834** does hereby grant, sell, assign, transfer and convey unto **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP** whose address is **13150 WORLD GATE DR, HERNDON, VA 20170** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| Original Lender: | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION, AN ARIZONA CORPORATION** |
| --- | --- |
| Borrower(s): | **KAREN LISA VINCENT A MARRIED WOMAN** |
| Date of Mortgage: | **7/26/2006** |
| Original Loan Amount: | **$197,600.00** |

Recorded in **Cumberland County, ME** on: 8/4/2006, book **24240**, page **338** and instrument number **49949**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
~~APR 19 2012~~

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

By: *Jeanine Abramoff*
Jeanine Abramoff Assistant Secretary

**EXHIBIT**

**D**

State of **California**
County of **Ventura**

On __APR 1 9 2012__ before me, __**Shannon Steeg**__, Notary Public, personally appeared __*Jeanine Abramoff*__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

> SHANNON STEEG
> Commission # 1849791
> Notary Public - California
> Los Angeles County
> My Comm. Expires May 17, 2013

Notary Public: __Shannon Steeg__                    (Seal)
My Commission Expires: __May 17, 2013__

DocID#