| | |
|---|---|
| **Property Address:**<br>**417 Bonny Eagle Road**<br>**Standish, ME 04084-6126**<br>Property Location:<br>**Township of STANDISH**<br>ME0-AM 35296428 5/17/2016 FNF430 | Recording Requested By:<br>**Bank of America**<br>Prepared By:<br>**Carlos A. Rivas**<br>**800-444-4302**<br>**4909 Savarese Circle**<br>**Tampa, FL 33634**    When recorded mail to:<br>CoreLogic<br>**Mail Stop: ASGN**<br>**P.O. Box 961006**<br>**Ft Worth, TX 76161-9836** |

# ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **4909 SAVARESE CIRCLE, TAMPA, FL 33634** does hereby grant, sell, assign, transfer and convey unto **FEDERAL NATIONAL MORTGAGE ASSOCIATION** whose address is **14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Mortgagee: | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION. AN ARIZONA CORPORATION, ITS SUCCESSORS AND ASSIGNS** |
| Borrower(s): | **KAREN LISA VINCENT, A MARRIED WOMAN** |
| Date of Mortgage: | **7/26/2006** |
| Original Loan Amount: | **$197,600.00** |

Recorded in **Cumberland County, ME** on: **8/4/2006**, book **24240**, page **338** and instrument number **49949**

**Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc, 14523 SW Millikan Way #200, Beaverton, OR 97005, telephone # 1-866-570-5277, which is responsible for receiving payments.**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on

_5/18/16_

        **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP**

By: _Joseph Luis Rosario_

**Joseph Luis Rosario, Assistant Vice President**

**EXHIBIT E**

State of **FL**, County of **Hillsborough**

The foregoing instrument was acknowledged before me this ___5/18/16___ , by **Joseph Luis Rosario,**
**Assistant Vice President** authorized to sign on behalf of **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER**
**TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP.** He/she is
personally known to me or has produced ___N/A___ as identification.

Notary Public: ___Debora Patricia Marrero___
My Commission Expires 2/12/2018

DEBORA PATRICIA MARRERO
Notary Public, State of Florida
Commission# FF 92424
My comm. expires Feb. 12, 2018