DOC :6735  BK:35468  PG:271
RECEIVED - RECORDED, CUMBERLAND COUNTY REGISTER OF DEEDS
02/19/2019, 01:32:35P
Register of Deeds Nancy A. Lane   E-RECORDED

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 5600 GRANITE PKWY., BUILDING VII, PLANO, TX 75024**, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST, WHOSE ADDRESS IS 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134, ITS SUCCESSORS AND ASSIGNS**, (ASSIGNEE).

Said Mortgage is dated 07/26/2006, made by **KAREN LISA VINCENT** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION, ITS SUCCESSORS AND ASSIGNS** and recorded on 08/04/2006 in **Book 24240, Page 338 and Doc # 49949**, in the office of the Recorder of **CUMBERLAND** County, **Maine**.

IN WITNESS WHEREOF, this Assignment was executed **this 19th day of February in the year 2019**.
**FEDERAL NATIONAL MORTGAGE ASSOCIATION**, by **NATIONWIDE TITLE CLEARING, INC.**, its Attorney-in-Fact

_____
**ALAN BAKER**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on this 19th day of February in the year 2019, by Alan Baker as VICE PRESIDENT of NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**ALYSSA SAY**
**COMM EXPIRES: 10/02/2022**

ALYSSA SAY
NOTARY PUBLIC
STATE OF FLORIDA
COMM# GG249609
EXPIRES: 10/2/2022

Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Fannie Mae, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683

**EXHIBIT F**