B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## District of Maine

In re __**Karen Vincent**__      Case No. _____
         Debtor                    Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

| **Creditor's Name:** Bank of America | **Describe Property Securing Debt:** Debtors' residence - single family home located at 417 Bonny Eagle Rd., Standish, ME. Built 2005 |

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** Bank of America Mortgage | **Describe Property Securing Debt:** Debtors' residence - single family home located at 417 Bonny Eagle Rd., Standish, ME. Built 2005 |

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt



EXHIBIT H