# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust<br><br>**Plaintiff**<br><br>vs.<br><br>Karen Lisa Vincent<br><br>**Defendant**<br>The Bank of New York Mellon fka The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-G<br><br>**Party-In-Interest** | CIVIL ACTION NO:<br><br><br><br>RE: VACANT REAL PROPERTY -<br>417 Bonny Eagle Road, Standish, ME 04084<br><br>Mortgage:<br>July 26, 2006<br>Book 24240, Page 338 |

## AFFIDAVIT RELATING TO MILITARY SEARCH

I, Matthew Kelly, hereby certify that on __October 15__, 2020 I searched the Department of Defense/Defense Manpower Data Center (DOD/DMDC) and found that the Defendant, Karen Lisa Vincent, is not in the military. An affidavit as to the Defendant's military status will be filed with a Motion for Summary Judgment or at trial as Maine Courts accept such affidavits only at those times.

Dated: __October 15__, 2020

_____
Matthew Kelly

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.  
COUNTY OF ESSEX

Dated this **15** day of **October**, 2020

On this **15** day of **October**, 2020, before me, the undersigned notary public, personally appeared Matthew Kelly, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

_____
Notary Public

Kristine M. DelGenio  
Notary Public  
COMMONWEALTH OF MASSACHUSETTS  
My Commission Expires



SCRA 5.6

## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:  
Birth Date:  
Last Name: VINCENT  
First Name: KAREN  
Middle Name:  
Status As Of: Oct-15-2020  
Certificate ID: HRWNWNMJ17V510L  

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director  
Department of Defense - Manpower Data Center  
400 Gigling Rd.  
Seaside, CA 93955



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date:
Last Name: VINCENT
First Name: KAREN
Middle Name: LISA
Status As Of: Oct-15-2020
Certificate ID: 738G6K3LM0HZR7P

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955