UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust | CIVIL ACTION NO: 2:20-cv-00380-JAW |
| **Plaintiff** | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | RE:<br>417 Bonny Eagle Road, Standish, ME 04084 |
| Karen Lisa Vincent | Mortgage:<br>July 26, 2006<br>Book 24240, Page 338 |
| **Defendant** | |
| The Bank of New York Mellon fka The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-G<br>**Party-In-Interest** | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

**I. Corporate Disclosure**

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust

**II. Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including

subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

    Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
    U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust - Plaintiff
    Karen Lisa Vincent - Defendant
    The Bank of New York Mellon fka The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-G - Party-in-Interest

| | |
|---|---|
| Dated: October 21, 2020 | /s/John A. Doonan, Esq.<br>/s/Reneau J. Longoria, Esq.<br>John A. Doonan, Esq., Bar No. 3250<br>Reneau J. Longoria, Esq., Bar No. 5746<br>Attorneys for Plaintiff<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 225D<br>Beverly, MA 01915<br>(978) 921-2670<br>JAD@dgandl.com<br>RJL@dgandl.com |

# CERTIFICATE OF SERVICE

   I, John A. Doonan, Esq. hereby certify that on October 21, 2020, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

                   /s/John A. Doonan, Esq.
                   /s/Reneau J. Longoria, Esq.
                   John A. Doonan, Esq., Bar No. 3250
                   Reneau J. Longoria, Esq., Bar No. 5746
                   Attorneys for Plaintiff
                   Doonan, Graves & Longoria, LLC
                   100 Cummings Center, Suite 225D
                   Beverly, MA 01915
                   (978) 921-2670
                   JAD@dgandl.com
                   RJL@dgandl.com


Karen Lisa Vincent
6 Island View Drive
Apt. 102
Westbrook, ME 04092


The Bank of New York Mellon fka The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-G
226 W Monrow St
26th Floor
Chicago, IL 60670